UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:21-cv-00056-FL

| | | |
|---|---|---|
| MARVIN LEE MINODA, | ) | |
| PLAINTIFF, | ) | ORDER |
| V. | ) | |
| UNITED STATES, | ) | |
| DEFENDANT. | ) | |

This matter comes before the Court on the parties' Joint Motion to Authorize Alternate Method of Taking Expert Deposition, pursuant to Rule 28(a)(1)(B).

For good cause shown, the motion is GRANTED.

Pursuant to Federal Rule of Civil Procedure 28(a)(1)(B), the Court hereby appoints North Carolina court reporters, Donna Tomawski, Patti Elliott, and Michelle Maar, to remotely administer the oath or affirmation during the depositions in this case of Plaintiff's treating/expert witness and the fact witnesses identified by the parties, including Plaintiff and the drivers and A-drivers of the five MTVR's (7-ton trucks) in the United States Marine Corps convoy involved in the accident on October 3, 2018:

1. Marvin Minoda, Plaintiff

2. Dr. Joseph Scheschuk, Plaintiff's treating/expert witness

3. Brandon Rottman, driver MTVR #1

4. Elijah Delo, driver MTVR #2

5. Logan Dunaway, driver MTVR #3 [MTVR involved in the accident]

6. Kara Uncapher, A-driver MTVR #3 [MTVR involved in the accident]

7. Brandon Graham, driver MTVR #4[1]

8. Patel Umang, driver MTVR #5

9. Mitchell Horn, A-driver MTVR #5

SO ORDERED. This 22nd day of February 2022.

                                                                        _____
LOUISE W. FLANAGAN
United States District Court Judge

---

[1] The A-driver of MTVR #4 is deceased unrelated to the accident at issue in this case.